FILED
CLERK, U.S. DISTRICT COURT
JUL 3 0 2010
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MOISES MANZANO,<br><br>  Petitioner,<br><br>v.<br><br>IVAN D. CLAY, Warden,<br><br>  Respondent. | Case No. CV 09-06817 JHN (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the court has conducted its *de novo* review of the file, including the Magistrate Judge's Report and Recommendation ("R&R"). Petitioner never filed any objections to the R&R in the required time and manner.

IT IS ORDERED that:

1. The R&R is approved and adopted.

2. Judgment shall be entered denying the First Amended Petition and dismissing this action with prejudice.

3. All motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the clerk of the court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: July 29, 2010

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE