JS - 6

ENTER

FILED
CLERK, U.S. DISTRICT COURT

JUL 3 0 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MOISES MANZANO,<br><br>        Petitioner,<br><br>        v.<br><br>IVAN D. CLAY, Warden,<br><br>        Respondent. | Case No. CV 09-06817 JHN (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: July 29, 2010

_____
JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 3 0 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY